CLOSED

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOHN ANDRAOS, an individual,

Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY, a Minnesota Corporation; THE STANDARD FIRE INSURANCE COMPANY, a California Stock Corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 2:26-cv-02956-CAS-MBKx

**ORDER REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Honorable Senior Judge Christina A. Snyder

On August 11, 2026, Plaintiff JOHN ANDRAOS ("Andraos") and Defendants THE TRAVELERS INDEMNITY COMPANY ("Travelers") and THE STANDARD FIRE INSURANCE COMPANY ("Standard Fire"), (collectively, the "Parties") filed a Joint Stipulation of Dismissal of Action With Prejudice ("Stipulation"). (Dkt. #24.)

///

///

///

The Court having considered the Parties' Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1. This action is dismissed, in its entirety, with prejudice.
2. Each party is to bear its/their own costs, expenses, and fees.

**IT IS SO ORDERED**.

Dated: September 11, 2026

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE